Joseph H. Harrington
United States Attorney
Eastern District of Washington
Alison L. Gregoire
Brian M. Donovan
Assistant United States Attorneys
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 4:18-CR-6029-EFS |
|---|---|
| Plaintiff, | NOTICE OF RECEIPT OF CASH IN LIEU OF FORFEITURE OF REAL PROPERTY |
| vs. | |
| DALE GORDON BLACK, | |
| Defendant. | |

Plaintiff, United States of America, by and through Joseph H. Harrington, United States Attorney for the Eastern District of Washington, and, Assistant United States Attorney Brian M. Donovan, for the Eastern District of Washington, hereby notifies the Court that on or about May 24, 2019, the United States Marshal's Service received a cashier's check in the amount of $185,900.00 from Defendant, DALE GORDON BLACK, as cash in lieu of forfeiture of real property located at 3121 West

NOTICE OF RECEIPT OF CASH IN LIEU - 1

30th Avenue, Bldg N, Unit 102, in Kennewick, Washington, as agreed in his Plea Agreement. (ECF No. 49, 19 – 22).

DATED: June 21, 2019

                                       Joseph H. Harrington
                                       United States Attorney

*s/Brian M. Donovan*
Brian M. Donovan
Assistant U.S. Attorney

NOTICE OF RECEIPT OF CASH IN LIEU - 2

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following CM/ECF participant(s):

Scott W. Johnson
Attorney at Law
scott@johnorr.com

          *s/Brian M. Donovan*
          Brian M. Donovan
          Assistant United States Attorney

NOTICE OF RECEIPT OF CASH IN LIEU - 3