**RETURN NAME and ADDRESS**

United States Attorney's Office

P.O. Box 1494

Spokane, WA  99210-1494

Please Type or Print Neatly and Clearly All Information

**Document Title(s)**

Release of Lis Pendens

**Reference Number(s) of Related Documents**

2018-016286

**Grantor(s)** (Last Name, First Name, Middle Initial)

United States of America

**Grantee(s)** (Last Name, First Name, Middle Initial)

Black, Dale Gordon

**Legal Description** (Abbreviated form is acceptable, i.e. Section/Township/Range/Qtr Section or Lot/Block/Subdivision)

Section 14 Township 8 Range 29 Quarter NE: Plat Subdivision RIDGELINE AT CANYON

LAKES, Lot 20, Recorded April 4, 20017, AF#2007-010335

**Assessor's Tax Parcel ID Number**   115891190000020

The County Auditor will rely on the information provided on this form. The Staff will not read the document to verify the accuracy and completeness of the indexing information provided herein.

**Sign below only if your document is Non-Standard.**

I am requesting an emergency non-standard recording for an additional fee as provided in RCW 36.18.010.
I understand that the recording processing requirements may cover up or otherwise obscure some parts of
the text of the original document.  Fee for non-standard processing is $50.

Signature of Requesting Party

Joseph H. Harrington
United States Attorney
Eastern District of Washington
Alison L. Gregoire
Brian M. Donovan
Assistant United States Attorneys
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   4:18-CR-6029-SMJ-1 |
| Plaintiff, | RELEASE OF LIS PENDENS |
| vs. | |
| DALE GORDON BLACK, | |
| Defendant. | |
| Record Owner(s): Black, Dale G. | |

Notice is hereby given that a certain Lis Pendens recorded in the Benton County Auditor's Land Records on June 6, 2018, under Auditor's File Number 2018-016286, giving notice of the pendency of a forfeiture action in the United States District Court for the Eastern District of Washington entitled *United States of America v. Dale Gordon Black*, 4:18-CR-6029-SMJ-1, is hereby released and discharged.

A complete description of the property known as 3121 West 30th Avenue, Building N, Unit 102, Kennewick, Washington follows:

Release of Lis Pendens 1

All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, known as 3121 West 30th Avenue, Building N, Unit 102, Kennewick, Washington, legally described as follows:

Section 15, Township 8, Range 29, Quarter NE: Plat Subdivision RIDGELINE AT CANYON LAKES, Lot 20, Recorded April 4, 2007, AF#2007-010335.

APN 115891190000020.

For further information concerning this action, reference may be made to the records of the Clerk of the Court for the United States District Court for the Eastern District of Washington, filed under this cause number.

DATED this 21st day of June, 2019.

        Joseph H. Harrington
        United States Attorney

        */s/ Brian M. Donovan*
        Brian M. Donovan
        Assistant United States Attorney

Release of Lis Pendens 2