# EXHIBIT D

# EXHIBIT D





1989-11-08a - Family Photo at Jack and Diane's Wedding.jpg





