Joseph H. Harrington
United States Attorney
Eastern District of Washington
Alison L. Gregoire
Brian M. Donovan
Assistant United States Attorneys
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DALE GORDON BLACK,<br><br>Defendant. | No. 4:18-CR-06029-EFS-1<br><br>Motion for Separate Restitution Hearing as to Victims B and C |

Plaintiff, United States of America, by and through Joseph H. Harrington, United States Attorney for the Eastern District of Washington, and Alison L. Gregoire and Brian M. Donovan Assistant United States Attorneys, submits the following request for a separate restitution hearing 90-days after the sentencing hearing in this matter. The government has spoken to Scott Johnson, defense counsel for Mr. Black, who indicates no objection to the instant request.

"If the victims' losses are not ascertainable by the date that is 10 days prior to sentencing, the attorney for the Government or probation officer shall inform the

Motion for Separate Restitution Hearing as to Victims B and C - 1

court, and the court shall set a date for the final determination of the victim's losses, not to exceed 90 days after sentencing." 18 U.S.C. § 3664(d)(5).

Victim B and Victim C have restitution claims outstanding. These victims have been contacted several times. Both victims are currently undergoing counseling, as are members of their families. Victim B and Victim C and their families are gathering restitution documents and need additional time to finalize their requests. The United States would intend to proceed with sentencing, forfeiture, fines, and the rest of the restitution claims.

A continuance is sought so that the victims and the professionals with whom they are working can file thoughtful matters supporting their restitution requests. Pursuant to Title 18, United States Code, Section 3664(d)(5), the government respectfully requests that the Court delay imposition of restitution for 90 days to allow the Government to obtain additional information concerning any sought restitution in this case.

Respectfully submitted this 9th day of July 2019.

Joseph H. Harrington
United States Attorney

*s/ Alison L. Gregoire*
Alison L. Gregoire
Assistant United States Attorney

Motion for Separate Restitution Hearing as to Victims B and C - 2

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2019 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Scott W. Johnson, scott@johnsonorr.com

                                 *s/Alison L. Gregoire*
                                 Alison L. Gregoire
                                 Assistant United States Attorney