William D. Hyslop
United States Attorney
Eastern District of Washington
Alison L. Gregoire
Brian M. Donovan
Assistant United States Attorneys
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DALE GORDON BLACK,<br><br>　　　　　　　Defendant. | No. 4:18-CR-06029-EFS-1<br><br>JOINT NOTICE REGARDING RESOLUTION OF RESTITUTION AMOUNT<br><br>Date of Hearing: March 18, 2020 |

　　　　Plaintiff, United States of America, by and through William D. Hyslop, United States Attorney for the Eastern District of Washington, and Alison L. Gregoire and Brian M. Donovan, Assistant United States Attorneys, and Defendant Dale Gordon Black, by and through Scott W. Johnson, counsel for Defendant, respectfully notify and inform the Court that the parties have reached an agreement regarding the amount of restitution to be paid to Victim B and Victim C.

　　　　The parties agree that Defendant will pay restitution in the amount of $200,000 to Victim B. The parties further agree in principle that Defendant will pay restitution in the amount of $200,000 to Victim C. Undersigned counsel for the United States has spoken to Victim C's social worker, guardian *ad litem*, and foster

JOINT NOTICE REGARDING RESOLUTION OF RESTITUTION AMOUNT - 1

parents. All representatives of Victim C agree to the amount of restitution; however, they are in process of determining who can legally consent to the agreement on restitution on behalf of Victim C. The United States will provide a status update to the Court by March 4, 2020.

The parties are conferring regarding the manner in which payment shall be made to the Victims and will file a proposed order with the Court on or before March 13, 2020. The United States proposes that payment be made in a structured settlement. The United States has received proposals from a structured settlement broker and is sharing the proposals with the Victims.

Respectfully submitted: February 26, 2020.

    William D. Hyslop
    United States Attorney

    *s/ Brian M. Donovan*
    Brian M. Donovan
    Assistant United States Attorney

    *s/ Scott W Johnson*
    Scott W. Johnson
    Attorney for Defendant Dale Black
    *Approved via email*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Scott W. Johnson

*s/ Brian M. Donovan*
Brian M. Donovan
Assistant United States Attorney